IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

-----------------------------------------------------------------x
WELLS FARGO BANK, NATIONAL
ASSOCIATION AS TRUSTEE FOR THE
MLMI TRUST SERIES 2005-WMC2,

      Plaintiff,

v.                                                    CASE NO.: 08CV1148 (CG)(DJS)

KEVIN CLANTON AND CJ CLANTON,

      Defendant(s),

And

KEVIN CLANTON AND CJ CLANTON

      Third Party Plaintiffs,

v.

LENGINGTREE, INC.; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.; MERRILL LYNCH CREDIT
CORPORATION; WMC MORTGAGE CORP;
WILSHIRE CREDIT CORPORATION, WELLS
FARGO FINANCIAL NEW MEXICO, INC.;
JOHN DOE MORTGAGE; JOHN DOE LENDING
BANK; AND JANE DOE, CLOSING AGENT,

      Third Party-Defendants.
-----------------------------------------------------------------x

**THIRD-PARTY DEFENDANT WMC MORTGAGE LLC'S MOTION TO DISMISS**

      **COMES NOW,** Third-Defendant WMC Mortgage LLC, by and through its counsel of record, Madison, Harbour & Mroz, P.A., and submits its Motion to Dismiss. The grounds in support of such motion are fully set forth in the Declaration of William C. Madison, made on December 19, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law, and all of the pleadings and prior proceedings had herein. Based on these pleadings, Third-Party

- 2 -

Defendant WMC Mortgage LLC the successor in interest to WMC Mortgage Corp. ("WMC"), moves this Court for dismissal of the Third-Party Complaint against it, and for an order pursuant to FRCP 12(b)(6) dismissing the Third-Party Complaint against it together with costs, expenses, and disbursements and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that opposition papers, if any, shall be served in compliance with the applicable rules.

Dated: December 19, 2008

MADISON, HARBOR & MROZ, PA

/s/ William C. Madison
William C. Madison
P.O. Box 25467
Albuquerque, NM  87125-5467
Telephone: (505) 242-2177

Attorneys for third-party defendant WMC Mortgage LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2008 I served a true and correct copy of the foregoing, via U.S. Mail, postage prepaid to the following:

Paul Spear, Esq.
Little & Dranttel, P.C.
*Attorneys for Plaintiff*
7430 Washington Street, NE
Albuquerque, NM 87109
Telephone: (505) 833-3036
Facsimile: (505) 833-3040
E-mail: complaint@littledranttel.com

Joshua R. Simms, Esq.
Joshua R. Simms, P.C.
*Attorneys for Defendants Clanton*
PO Box 50332
Albuquerque, NM 87181-0332
Telephone: (505) 266-2209
Facsimile: (5050 256-5136
jsimms@jrsimmspc.com

/s/William C. Madison
William C. Madison

4841-4787-0979\1